UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MORALES-AGUILAR ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNNAMED RESPONDENTS ) <br> ) <br> Respondent. ) | Civil Case No.: 13-cv-2289-BTM <br><br> **ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING CERTIFICATE OF APPEALABILITY** |

Petitioner Fernando Morales-Aguilar has filed a petition for a writ of habeas corpus. (doc. 1). Petitioner was previously convicted of attempted entry after deportation in violation of 8 U.S.C. § 1326 and is serving a 57 month term. (11cr226, doc. 37). Petitioner asserts two theories of relief: first, that he possesses a social security card and resident card; second, that he was actually sentenced to a 51 month term, not a 57 month term.

Petitioner's filing is a successive § 2255 petition that this Court has previously denied, both on the merits and because Petitioner has failed to secure leave from the Ninth Circuit Court of Appeals to file a successive petition. (11cr226, docs. 64, 69,

72). Moreover, a challenge to the execution of a sentence must be brought in the district of confinement, which in this case would be the Central District of California. <u>Brown v. United States</u>, 610 F.2d 672, 677 (9th Cir. 1980); <u>McRae v. Rios</u>, 2013 WL 1758770, at *2 (E.D. Cal. Apr 24, 2013); <u>Hawkins v. Winn</u>, 2013 WL 6800913, at *2 (D. Ariz. Dec. 23, 2013).

For the foregoing reasons, the petition for a writ of habeas corpus is DENIED and the Court DENIES a certificate of appealability.

Petitioner has also requested a copy of his sentencing transcript. The request is granted. The clerk shall mail Petitioner a copy of his sentencing transcript (11cr226, doc. 43).

**IT IS SO ORDERED.**

Dated: May 30, 2014

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court